Opinion issued September 13, 2007


















In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00826-CR

 __________


LAURA B. HOGE, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from Criminal Court at Law No. 10

Harris County, Texas

Appeal No. 5453






MEMORANDUM OPINION

 On September 7, 2007, appellant, Laura B. Hoge, filed a motion to dismiss the
above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Hanks, and Higley.

Do not publish. Tex. R. App. P. 47.2(b).